**Order filed April 17, 2014**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-14-00223-CV
_____

### IN THE INTEREST OF D.C., a Minor Child

**On Appeal from the 257th District Court
Harris County, Texas
Trial Court Cause No. 2012-05172J**

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue

The notice of appeal was filed March 17, 2014. Appellant's motion for extension of time to file the notice of appeal was granted. Appellant has established indigence or is presumed to be indigent. *See* Tex. R. App. P. 20.1(a). The reporter's record was due within **10 days** after the notice of appeal was filed. *See* Tex. R. App. P. 35.1(b); 28.4(a)(1). The record has not been filed. The court reporter has not requested an extension of time to file the record.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a). The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). The trial court **must** direct the court reporter to immediately commence the preparation of the reporter's record and **must** arrange for a substitute reporter, if necessary. *See* Tex. R. App. P. 28.4(b)(1).

Because the reporter's record has not been filed timely in this accelerated appeal, we issue the following order:

We order **Tiffani Yeates**, substitute court reporter, to file the record in this appeal on or before **April 28, 2014.** If Tiffani Yeates does not timely file the record as ordered, the court will consider issuing an order requiring her to appear at a hearing to show cause why the record has not been timely filed and why she should not be held in contempt of court for failing to file the record as ordered.


PER CURIAM